UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:22-CV-20864-DPG**

MICHAEL DAVID TAYLOR,

    Plaintiff,

vs.

OFFICER A. KUNCAS,

    Defendant.
_____/

## **NOTICE OF APPEARANCE**

The law firm of JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A., hereby enters its appearance as counsel of record for Defendant, OFFICER A. KUNCAS, in the above-styled action.

Copies of all further pleadings and papers served on Defendant, OFFICER A. KUNCAS, should be forwarded to:

SCOTT D. ALEXANDER, ESQ.
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida   33304
Telephone: (954) 463-0100
Facsimile: (954) 463-2444
Primary Email: alexander@jambg.com
Secondary Email: sda-assistant@jambg.com andrews@jambg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of April, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non-CM/ECF participants and/or the following document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.   A copy has also been mailed to stoutstoutproselitigation@gmail.com

/s/ *Scott D. Alexander*
Scott D. Alexander, Esq.
Fla. Bar No. 057207
Johnson, Anselmo, Murdoch, Burke, Piper
& Hochman, P.A.
***Attorney for Defendant, Officer A. Kuncas***
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Tel: 954 463-0100
Fax: 954 463-2444
alexander@jambg.com; sda-assistant@jambg.com
andrews@jambg.com

## SERVICE LIST

**Michael David Taylor**
*Pro-Se*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
stoutstoutstoutproselitigation@gmail.com

---

**Scott D. Alexander, Esq.**
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
***ATTORNEY FOR DEFENDANT, Officer A. Kuncas***
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
alexander@jambg.com; sda-assistant@jambg.com; andrews@jambg.com