UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:22-CV-20864-DPG**

MICHAEL DAVID TAYLOR,

      Plaintiff,

vs.

OFFICER A. KUNCAS,

      Defendant.

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED**
**PARTIES AND CORPORATE DISCLOSURE STATEMENT**

      Defendant, ANDREW KUNCAS, by and through his undersigned counsel, pursuant to

the Court's Order dated April 21, 2022 (D.E. 10), submits its Certificate of Interested Parties and

Corporate Disclosure Statement, as follows:

**1.**      **Interested Parties.**

Alexander, Scott -            counsel for Defendant

Florida Municipal Insurance Trust -      Municipal self-insurance fund providing defense

Johnson, Anselmo, Murdoch, Burke,
      Piper & Hochman, P.A. -         counsel for Defendant

Kuncas, Andrew -            Defendant

Taylor, Michael D. -           Plaintiff

**2.**      **Corporate Disclosure Statement.**

      None.   Defendant is an individual.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of April, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the following document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

/s/ *Scott D. Alexander*
Scott D. Alexander, Esq.
Fla. Bar No. 057207
Johnson, Anselmo, Murdoch, Burke, Piper
& Hochman, P.A.
***Attorney for Defendant, Officer A. Kuncas***
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Tel: 954 463-0100
Fax: 954 463-2444
alexander@jambg.com; sda-assistant@jambg.com
andrews@jambg.com

## SERVICE LIST

**Michael David Taylor**
*Pro-Se*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
stoutstoutstoutproselitigation@gmail.com

---

**Scott D. Alexander, Esq.**
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
***ATTORNEY FOR DEFENDANT, Officer A. Kuncas***
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
alexander@jambg.com; sda-assistant@jambg.com; andrews@jambg.com