UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:22-CV-20864-DPG**

MICHAEL DAVID TAYLOR,

    Plaintiff,

vs.

OFFICER A. KUNCAS,

    Defendant.

_____/

## **DEFENDANT'S WITNESS LIST**

Defendant, ANDREW KUNCAS, by and through his undersigned counsel, pursuant to the Scheduling Order, provides his Witness List:

1. Andrew Kuncas c/o defense counsel.
2. Michael D. Taylor – plaintiff
3. Sgt. R. Smith – c/o Bal Harbour Police Department
4. Alex P. Bergida c/o Miami Dade State Attorney, 1350 NW 12 Ave, Miami
5. Carlos Arrango c/o Bal Harbour Police Department
6. Pamela Flanders c/o Bal Harbour Police Department

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of July, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the following document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

/s/ *Scott D. Alexander*
Scott D. Alexander, Esq.
Fla. Bar No. 057207
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
***Attorney for Defendant, Officer A. Kuncas***
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Tel: 954 463-0100
Fax: 954 463-2444
alexander@jambg.com; sda-assistant@jambg.com
andrews@jambg.com

**SERVICE LIST**

**Michael David Taylor**
*Pro-Se*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
stoutstoutstoutproselitigation@gmail.com

---

**Scott D. Alexander, Esq.**
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
***ATTORNEY FOR DEFENDANT, Officer A. Kuncas***
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
alexander@jambg.com; sda-assistant@jambg.com; andrews@jambg.com