FILED BY MC D.C.

AUG 22 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

MICHAEL DAVID TAYLOR, )
)
Plaintiff, )
)
v. ) Case No. 1:22-cv-20864
)
OFFICER A. KUNCAS, )
)
Defendant. )
_____)

**PLAINTIFF'S MOTION FOR LEAVE TO DEPOSE DEFENDANT**

The Plaintiff hereby motions this court for leave to depose the Defendant. The Plaintiff states as follows:

The Defendant has already been deposed once in this case. During the deposition, the Defendant's attorney nodded his head for the Defendant in suggestion to the answers to the Plaintiff's questions. Attached as Exhibit A is the Plaintiff's video recording of the deposition. At 00:23:41 into the video, the Plaintiff asked the Defendant if the Defendant believed that the Defendant violated the Plaintiff's "civil rights." The Defendant's attorney shook his head in the negative for the Defendant before the Defendant answered in the negative. The Plaintiff addressed his concerns to the Defendant's attorney. The Defendant's attorney responded that he was "looking at multiple screens," and therefore had to "move his head." The Plaintiff finished deposing the Defendant as the Defendant's attorney continued to answer for the Defendant.

The Plaintiff noticed the Defendant for a second deposition. The Defendant objected. Pursuant to the Fed. Rules of Civil Proc. Rule 30(a)(2)(ii), the Plaintiff is required to seek leave

1

if the Plaintiff has already deposed the Defendant once. The Plaintiff hereby requests that this court grant the Plaintiff leave to depose the Defendant a second time.

Date: 8/14/2022

Submitted,

Michael David Taylor, *Pro Se*
*Plaintiff*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
(386) 631-0569
stoutstoutstoutproselitigation@gmail.com

## CERTIFICATE OF SERVICE

The Plaintiff hereby certifies that on August 14, 2022, a copy of this document was emailed to defense counsel at:

Scott D. Alexander, Esq.
Fla. Bar No. 057207
Johnson, Anselmo, Murdoch, Burke, Piper
& Hochman, P.A.
Attorney for Defendant, Officer A. Kuncas
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Tel: 954 463-0100
Fax: 954 463-2444
alexander@jambg.com; sda-assistant@jambg.com
andrews@jambg.com

Date: 8/14/2022

Submitted,

Michael David Taylor, *Pro Se*
*Plaintiff*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
(386) 631-0569
stoutstoutstoutproselitigation@gmail.com

3

## GHOSTWRITING CERTIFICATE

I swear and affirm under penalty of perjury that I did not receive assistance from an attorney in the preparation of this document.

Date: 8/14/2022

Submitted,

Michael David Taylor, *Pro Se*
*Plaintiff*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
(386) 631-0569
stoutstoutstoutproselitigation@gmail.com

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| MICHAEL DAVID TAYLOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICER A. KUNCAS, )<br>)<br>Defendant. )<br>_____) | Case No. 1:22-cv-20864 |

## ORDER

The Plaintiff's Motion for Leave to Depose Defendant came to be heard before this court on _____ \_\_\_\_\_, _____. The court finds that the Plaintiff's motion should be granted.

It is hereby ORDERED that the Plaintiff's motion is granted and that the Plaintiff may depose the Defendant a second time.

_____
Date

_____
Judge Darrin P. Gayles

1

Michael David Taylor, Pro Se
Plaintiff
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
(386) 631-0569
stoutstoutstoutproselitigation@gmail.com

August 14, 2022

Clerk (Civil)
United States District Court
Southern District of Florida
Miami Division
400 N Miami Ave
Miami, FL 33128

Re: Taylor v. Kuncas, Case No. 1:22-cv-20864

Dear Clerk,

Please find enclosed the Plaintiff's Motion for Leave to Depose Defendant and file with the court.

Date: 8/14/2022

Submitted,

Michael David Taylor, *Pro Se*
*Plaintiff*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
(386) 631-0569
stoutstoutstoutproselitigation@gmail.com

1

Michael David Taylor, Pro Se
Plaintiff
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952

Clerk (Civil)
United States District Court
Southern District of Florida
Miami Division
400 N Miami Ave
Miami, FL 33128



SHIP TO:
MIAMI FL 33128
(420) 33128

USPS FIRST-CLAS