UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:22-CV-20864-DPG**

MICHAEL DAVID TAYLOR,

    Plaintiff,

vs.

OFFICER A. KUNCAS,

    Defendant.

_____/

**DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO DEPOSE DEFENDANT**

Defendant, ANDREW KUNCAS, by and through his undersigned counsel, files this Memorandum of Law in Opposition to Plaintiff's Motion for Leave to Depose Defendant, and states:

This is a civil rights action alleging that Plaintiff was arrested without probable cause. Plaintiff first noticed the deposition of Defendant, KUNCAS, a Town of Bal Harbour law enforcement officer to take place on the same day of his own deposition, June 10, 2022 at a court reporters office in downtown Miami. KUNCAS traveled from Bal Harbour to downtown Miami and waited. And waited. Due to Plaintiff being over an hour late, the deposition of KUNCAS could not go forward that day, and his time was wasted. KUNCAS was then rescheduled for deposition a second time via Zoom. He attended remotely, and Plaintiff was permitted to ask any and all questions he desired to pose, without interference. The deposition concluded when Plaintiff advised he had no additional questions.

Plaintiff now seeks to schedule KUNCAS for a third time, and to take his deposition a second time because he claims defense counsel nodded once during the deposition at 00:23:41.

On one occasion in response to one question, while it was being answered, Plaintiff inquired of defense counsel whether his head was nodding. One time, one question. To be certain, and despite the *pro se* Plaintiff's insinuations, in no manner was the undersigned counsel for the defense coaching or providing answers to KUNCAS. Plaintiff's claim that defense counsel answered questions is blatantly untruthful and sanctionable. All answers to all questions came from KUNCAS, without coaching, encouragement, or assistance. Plaintiff's Motion indicates that he has attached a video of the deposition. If he has, in fact, done so, the video will conclusively establish that Plaintiff's Motion and its accusations are entirely without merit.

Pursuant to Rule 30(a)(2)(A)(ii), *Fed.R.Civ.P.*, a second deposition of a party is presumptively improper, and only allowed with leave of court. Not only has Plaintiff failed to set forth good cause for a third setting and second taking of KUNCAS' deposition, he has shown no cause at all, other than seeking a "second bite at the apple." *Sheets v. Sorrenta Villas, Section 5, Association, Inc.*, 2016 WL 11493316, No. 8:15-cv-1674-T-30JSS (M.D. Fla., August 19, 2016). Notably, Defendant has already moved for summary judgment and Plaintiff should not be permitted to reopen and re-depose a party under these circumstances. Plaintiff's Motion should be denied.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of August, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the following document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants. This response was also emailed to stoutsstoutsproselitigation@gmail.com

/s/ *Scott D. Alexander*
Scott D. Alexander, Esq.
Fla. Bar No. 057207
Johnson, Anselmo, Murdoch, Burke, Piper
& Hochman, P.A.
***Attorney for Defendant, Officer A. Kuncas***
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Tel: 954 463-0100
Fax: 954 463-2444
alexander@jambg.com; sda-assistant@jambg.com
andrews@jambg.com

## SERVICE LIST

**Michael David Taylor**
*Pro-Se*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
stoutstoutstoutproselitigation@gmail.com

---

**Scott D. Alexander, Esq.**
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
***ATTORNEY FOR DEFENDANT, Officer A. Kuncas***
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
alexander@jambg.com; sda-assistant@jambg.com; andrews@jambg.com