IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
**Miami Division**

MICHAEL DAVID TAYLOR,      )
                           )
          Plaintiff,       )
                           )
v.                         )  Case No. 1:22-cv-20864
                           )
OFFICER A. KUNCAS,         )
                           )
          Defendant.       )
_____)

FILED BY MC D.C.
OCT 19 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE**

The Plaintiff hereby requests that this court deny the Defendant's motion to exclude evidence of the outcome of the Plaintiff's criminal proceedings, and states as follows:

An overwhelming amount of case-law clearly establishes in this Circuit that a prosecutor's choice to decline to prosecute is relevant and admissible evidence at trial, especially if the Plaintiff's malicious prosecution and unlawful arrest claims arose out of the non-prosecuted charges. The prosecutor's decision to decline to prosecute the Plaintiff is relevant to proving that the Defendant acted with malice, an element of malicious prosecution.

The Defendant cites various outside, unpublished, and off-point cases to contend otherwise.

1

Submitted,

*/s/ Michael David Taylor*

Michael David Taylor, *Pro Se*
*Plaintiff*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
(386) 631-0569
stoutstoutstoutproselitigation@gmail.com

10/8/2022
Date

## CERTIFICATE OF SERVICE

The Plaintiff hereby certifies that on October 8, 2022, the Plaintiff emailed a copy of this document to defense counsel at:

>Scott D. Alexander, Esq.
>Fla. Bar No. 057207
>Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
>Attorney for Defendant, Officer A. Kuncas
>2455 East Sunrise Boulevard, Suite 1000
>Fort Lauderdale, Florida 33304
>Tel: 954 463-0100
>Fax: 954 463-2444
>alexander@jambg.com; sda-assistant@jambg.com
>andrews@jambg.com

Submitted,

_____
Michael David Taylor, *Pro Se*
*Plaintiff*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
(386) 631-0569
stoutstoutstoutproselitigation@gmail.com

10/8/2022
Date

## **GHOSTWRITING CERTIFICATE**

I hereby swear under penalty of perjury that no attorney assisted me in the preparation of this document.

Submitted,

_____
Michael David Taylor/*Pro Se*
*Plaintiff*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
(386) 631-0569
stoutstoutstoutproselitigation@gmail.com

10/8/2022
Date

Michael David Taylor, Pro Se
Plaintiff
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
(386) 631-0569
stoutstoutstoutproselitigation@gmail.com

October 8, 2022

Clerk (Civil)
United States District Court
Southern District of Florida
Miami Division
400 N Miami Ave
Miami, FL 33128

Re: *Taylor v. Kuncas*, Case No. 1:22-cv-20864

Dear Clerk,

Please find enclosed and file with the court:

- Plaintiff's Response to Defendant's Motion in Limine

Date: 10/8/2022

Submitted,

Michael David Taylor, *Pro Se*
*Plaintiff*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
(386) 631-0569
stoutstoutstoutproselitigation@gmail.com

1

Michael David Taylor, Pro Se
Plaintiff
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952

Clerk (Civil)
United States District Court
Southern District of Florida
Miami Division
400 N Miami Ave
Miami, FL 33128

SHIP
TO:

**MIAMI FL 33128**

(420) 33128