UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:22-CV-20864-DPG**

MICHAEL DAVID TAYLOR,

    Plaintiff,

vs.

OFFICER A. KUNCAS,

    Defendant.
_____/

**DEFENDANT'S REPLY MEMORANDUM IN SUPPORT OF MOTION
IN LIMINE TO PRECLUDE EVIDENCE OF STATE
ATTORNEY'S DECISION AGAINST PROSECUTION**

Defendant, OFFICER ANDREW KUNCAS, by and through his undersigned counsel, files this Reply in support of his Motion in Limine precluding introduction of evidence at trial of the State Attorney's decision not to prosecute.

Plaintiff's Response advances an incorrect conclusion, but does not cite to any law or authority. No Reply is needed as a result, and this is filed just so that the record reflects that the motion is fully briefed and ripe for review.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of October, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the following document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

/s/ *Scott D. Alexander*
Scott D. Alexander, Esq.
Fla. Bar No. 057207
Johnson, Anselmo, Murdoch, Burke, Piper
& Hochman, P.A.
***Attorney for Defendant, Officer A. Kuncas***
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Tel: 954 463-0100
Fax: 954 463-2444
alexander@jambg.com; sda-assistant@jambg.com
andrews@jambg.com

## SERVICE LIST

**Michael David Taylor**
*Pro-Se*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
stoutstoutstoutproselitigation@gmail.com

---

**Scott D. Alexander, Esq.**
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
*ATTORNEY FOR DEFENDANT, Officer A. Kuncas*
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
alexander@jambg.com; sda-assistant@jambg.com; andrews@jambg.com