UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:22-CV-20864-DPG**

MICHAEL DAVID TAYLOR,

    Plaintiff,

vs.

OFFICER A. KUNCAS,

    Defendant.

_____/

**JOINT MOTION TO BE EXCUSED FROM THE
COURT'S MEDIATION REQUIREMENT**

    Plaintiff, MICHAEL DAVID TAYLOR, pro se, and Defendant, ANDREW KUNCAS, through his counsel, jointly move to be excused from the Court's mediation requirement, and state:

    1.    In preparing for a status conference which the Court ultimately canceled, the parties realized that they are not in compliance with the Court's mediation requirement.

    2.    After conferring on this matter, the parties respectfully request that the Court relieve them of an obligation to mediate.   The grounds for seeking this relief are that it would constitute a significant monetary expense for Plaintiff, unlikely to be recouped through the process.

3. The parties apologize to the Court for their noncompliance and for their late presentation of this requested relief.

WHEREFORE, the parties move to be excused from the Court's mediation requirement.

| | |
|---|---|
| /s/ *Scott D. Alexander* | */s/Michael David Taylor* |
| Scott D. Alexander, Esq. | 1558 Southeast Royal Green Circle |
| Fla. Bar No. 057207 | Unit R203 |
| Johnson, Anselmo, Murdoch, Burke, Piper | Port Saint Lucie, FL 34952 |
| & Hochman, P.A. | stoutsstoutsproselitigation@gmail.com |
| **Attorney for Defendant, Officer A. Kuncas** | |
| 2455 East Sunrise Boulevard, Suite 1000 | |
| Fort Lauderdale, Florida 33304 | |
| Tel: 954 463-0100 | |
| alexander@jambg.com | |
| sda-assistant@jambg.com | |

Dated: December 7, 2022