UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:22-CV-20864-DPG**

MICHAEL DAVID TAYLOR,

    Plaintiff,

vs.

OFFICER A. KUNCAS,

    Defendant.

_____/

### DEFENDANT'S MOTION FOR CLARIFICATION REGARDING TRIAL SCHEDULING AND CALENDAR CALL

Defendant, ANDREW KUNCAS, by and through his undersigned counsel, moves for clarification of the Trial Scheduling and Calendar Call, and states:

1. The Amended Scheduling Order sets the trial of this case for 2/13/23 with a telephonic calendar call on 2/8/2023. The court, however, recently rescheduled a status conference for March 29, 2023 at 10:00 a.m. (DE 31), well after the current trial date. Defendant anticipated that an Amended Scheduling Order would follow, but one has not been entered as of this date.

2. Defendant is uncertain whether the Court still requires the parties to attend the telephonic calendar call on 2/8/2023 given the scheduling of a status conference for late March. Defendant presumes that the Court has decided to continue the trial of the case because Defendant's Motion for Summary Judgment asserting qualified immunity remains pending (DE 18); however, counsel did not want to fail to attend the calendar call without clear direction from the Court.

WHEREFORE, Defendant moves for clarification.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of February, 2023, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the following document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

/s/ *Scott D. Alexander*
Scott D. Alexander, Esq.
Fla. Bar No. 057207
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
***Attorney for Defendant, Officer A. Kuncas***
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Tel: 954 463-0100
Fax: 954 463-2444
alexander@jambg.com; cintron@jambg.com
andrews@jambg.com

## SERVICE LIST

**Michael David Taylor**
*Pro-Se*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
stoutstoutstoutproselitigation@gmail.com

---

**Scott D. Alexander, Esq.**
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
***ATTORNEY FOR DEFENDANT, Officer A. Kuncas***
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304

alexander@jambg.com; sda-assistant@jambg.com; andrews@jambg.com