**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:22-cv-20864-DPG**

**MICHAEL DAVID TAYLOR**,

    Plaintiff,

v.

**OFFICER A. KUNCAS**,

    Defendant.

_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon the Order of February 9, 2023, [ECF No. 33], in which the Court granted Defendant Officer A. Kuncas' Motion for Summary Judgment, [ECF No. 18]. Pursuant to Federal Rule of Civil 58, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant Officer A. Kuncas as to all claims. Plaintiff shall take nothing from this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of February, 2023

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE