IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

MICHAEL DAVID TAYLOR,　　　　　)
　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)　　Case No. 1:22-CV-20864-DPG
　　　　　　　　　　　　　　　　)
OFFICER A. KUNCAS,　　　　　　 )
　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　)
_____)

### PLAINTIFF'S RULE 60 MOTION FOR RELIEF FROM JUDGMENT OR ORDER/ OR MOTION FOR CLARIFICATION

The Plaintiff hereby requests that this court relieve the Plaintiff from this court's Order (ECF 33) entered on February 9, 2023, granting the Defendant's Motion for Summary Judgement and dismissing the Plaintiff's lawsuit, and states as follows in support:

On February 9, 2023, this court entered an Order granting the Defendant's Motion for Summary Judgment and dismissing the Plaintiff's lawsuit. The court ruled in favor of the Defendant because the "Plaintiff failed to file a responsive Statement of Material Facts pursuant to Local Rule 56.1." ECF 33. The Plaintiff concedes that the Plaintiff failed to comply with Local Rule 56.1. The Plaintiff requests that this court vacate the Order entered on February 9, 2023, and permit the Plaintiff to submit to the court the attached Proposed Statement of Material Facts in response to the Defendant's Motion for Summary Judgement and Statement of Material Facts.

Rule 60 provides that the court may relieve a party from a final judgment or order for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly

discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

The Plaintiff did not file a Statement of Material Facts in response to the Defendant's because there is a video in the record (Plaintiff's Complaint, ¶ 1) of the entire incident in question and the parties have stipulated to the authenticity and admissibility of the video during summary judgment and trial. And where there is a video, the court must "view[ ] the facts in the light depicted by the videotape" during summary judgment. *Scott v. Harris*, 550 US 372 - Supreme Court 2007.

The Defendant's Statement of Material Facts was supported entirely by the Defendant's deposition testimony and not by the video.

The Plaintiff requests that the court vacate its Order granting summary judgment in favor of the Defendant and dismissing the Plaintiff's lawsuit, and grant the Plaintiff leave to submit the attached Proposed Statement of Material Facts in response to the Defendant's, or the Plaintiff requests that the court consider, or clarify that it considered, the video already in the record for purposes of ruling on the Defendant's Motion for Summary Judgment.

Submitted,

_____
Michael David Taylor, *Pro Se*
*Plaintiff*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
(386) 631-0569
stoutstoutstoutproselitigation@gmail.com

03/03/2023
_____
Date

## CERTIFICATE OF SERVICE

    The Plaintiff hereby certifies that on March 3, 2023 the Plaintiff emailed a copy of this document to defense counsel at:

> Scott D. Alexander, Esq.
> Fla. Bar No. 057207
> Johnson, Anselmo, Murdoch, Burke, Piper
> & Hochman, P.A.
> Attorney for Defendant, Officer A. Kuncas
> 2455 East Sunrise Boulevard, Suite 1000
> Fort Lauderdale, Florida 33304
> Tel: 954 463-0100
> Fax: 954 463-2444
> alexander@jambg.com; sda-assistant@jambg.com
> andrews@jambg.com

Submitted,

*[signature]*

_____
Michael David Taylor, *Pro Se*
*Plaintiff*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
(386) 631-0569
stoutstoutstoutproselitigation@gmail.com

Date: 03/03/23

## GHOSTWRITING CERTIFICATE

    I hereby swear under penalty of perjury that no attorney assisted me in the preparation of this document.

Submitted,

_____             03/03/2023
Michael David Taylor, *Pro Se*                       Date
*Plaintiff*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
(386) 631-0569
stoutstoutstoutproselitigation@gmail.com