FILING FEE
PAID No
Informa
Pauperis No
Angela E. Noble, Clerk

FILED BY _____ D.C.
MAR 07 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| MICHAEL DAVID TAYLOR, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:22-CV-20864-DPG |
| OFFICER A. KUNCAS, | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Plaintiff hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the United States District Court's Order entered on February 9, 2023, (ECF 33) granting summary judgment in favor of the Defendant and dismissing the Plaintiff's civil action.

Submitted,

_[signature]_

Michael David Taylor, *Pro Se*
*Plaintiff*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
(386) 631-0569
stoutstoutstoutproselitigation@gmail.com

03/03/2023
Date

1

## CERTIFICATE OF SERVICE

The Plaintiff hereby certifies that on March 3, 2023 the Plaintiff emailed a copy of this document to defense counsel at:

    Scott D. Alexander, Esq.
    Fla. Bar No. 057207
    Johnson, Anselmo, Murdoch, Burke, Piper
    & Hochman, P.A.
    Attorney for Defendant, Officer A. Kuncas
    2455 East Sunrise Boulevard, Suite 1000
    Fort Lauderdale, Florida 33304
    Tel: 954 463-0100
    Fax: 954 463-2444
    alexander@jambg.com; sda-assistant@jambg.com
    andrews@jambg.com

Submitted,

_____
Michael David Taylor, *Pro Se*
*Plaintiff*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
(386) 631-0569
stoutstoutstoutproselitigation@gmail.com

03/03/23
Date

## GHOSTWRITING CERTIFICATE

      I hereby swear under penalty of perjury that no attorney assisted me in the preparation of this document.

Submitted,

_____
Michael David Taylor, *Pro Se*
*Plaintiff*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
(386) 631-0569
stoutstoutstoutproselitigation@gmail.com

_____
Date  03/03/23



Michael David Taylor, *Pro Se*
*Plaintiff*
1558 Southeast Royal Green Circle R203
Port Saint Lucie, FL 34952

Clerk (Civil)
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128

U.S.M.S. INSPECTED BY: