FILING FEE
PAID $0
In Forma Pauperis No
Angela E. Noble, Clerk

FILED BY MC D.C.
MAR 20 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

MICHAEL DAVID TAYLOR,  )
                       )
        Plaintiff,     )
                       )
v.                     )  Case No. 1:22-CV-20864-DPG
                       )
OFFICER A. KUNCAS,     )
                       )
        Defendant.     )
_____)

## PLAINTIFF'S AMENDED NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Plaintiff hereby amends his Notice of Appeal filed on March 7, 2023. The Plaintiff hereby appeals to the U.S. Court of Appeals for the Eleventh Circuit from the following U.S. District Court Orders:

February 10, 2023, Order (ECF 33) granting Defendant summary judgment and dismissing the Plaintiff's claims;

February 10, 2023, Order (ECF 34) of final judgment;

March 7, 2023, Order (ECF 40) denying Plaintiff's motion for relief from judgment or order.

Submitted,

_____
Michael David Taylor, *Pro Se*
*Plaintiff*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
(386) 631-0569
stoutstoutstoutproselitigation@gmail.com

Date: 03/17/2023

1

## **CERTIFICATE OF SERVICE**

 The Plaintiff hereby certifies that on March 17, 2023 the Plaintiff emailed a copy of this document to defense counsel at:

  Scott D. Alexander, Esq.
  Fla. Bar No. 057207
  Johnson, Anselmo, Murdoch, Burke, Piper
  & Hochman, P.A.
  Attorney for Defendant, Officer A. Kuncas
  2455 East Sunrise Boulevard, Suite 1000
  Fort Lauderdale, Florida 33304
  Tel: 954 463-0100
  Fax: 954 463-2444
  alexander@jambg.com; sda-assistant@jambg.com
  andrews@jambg.com

Submitted,

_____
Michael David Taylor, *Pro Se*
*Plaintiff*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
(386) 631-0569
stoutstoutstoutproselitigation@gmail.com

Date: 03/17/2023

## **GHOSTWRITING CERTIFICATE**

  I hereby swear under penalty of perjury that no attorney assisted me in the preparation of this document.

Submitted,

_____          03/17/23
Michael David Taylor, *Pro Se*             Date
*Plaintiff*
1558 Southeast Royal Green Circle, R203
Port Saint Lucie, FL 34952
(386) 631-0569
stoutstoutstoutproselitigation@gmail.com

Michael David Taylor, *Pro Se*
*Plaintiff*
1558 Southeast Royal Green Circle R203
Port Saint Lucie, FL 34952
(386) 631-0569
stoutstoutstoutproselitigation@gmail.com

March 17, 2023

Clerk (Civil)
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128
(305) 523-5100

Re:   Case No. 1:22-cv-20864, *Taylor v. Kuncas*

Dear Clerk,

Please find enclosed a Plaintiff's "Amended Notice of Appeal." Please file with the court.

Sincerely,

Michael David Taylor

1

Michael David Taylor, *Pro Se*
*Plaintiff*
1558 Southeast Royal Green Circle R203
Port Saint Lucie, FL 34952

RICHMOND VA 230
17 MAR 2023 PM 3

Clerk (Civil)
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128

33128-180199